UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA MAYER,

    Plaintiff,

v.                                                   Case No. 6:19-cv-676-Orl-37GJK

MWB REAL ESTATE VENTURE, INC.;
CONWAY A. BOLT, III; BOLT REAL
ESTATE, LLC; MARCELLA W. BOLT,

    Defendants.
_____

## **ORDER**

Plaintiff sued her former employers for failure to pay overtime and other damages under the Fair Labor Standards Act ("**FLSA**"). (*See* Docs. 1, 23.) The parties then moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 29, pp. 1–9 ("**Motion**"); *id.* at 11–18 ("**Agreement**").) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends granting the Motion in part, finding the Agreement is a fair and reasonable settlement of Plaintiff's FLSA claims, and dismissing the claims with prejudice. (Doc. 30 ("**R&R**").) However, Magistrate Judge Kelly recommends denying the Motion to the extent it requests the Court retain jurisdiction to enforce the Agreement. (*Id.* at 6.)

The parties represent they do not object to the R&R. (Doc. 31.) As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*,

No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 30) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Joint Motion for Approval of Settlement and Dismissal of the Case with Prejudice (Doc. 29) is **GRANTED IN PART AND DENIED IN PART**:

    a. The Motion is **GRANTED** to the extent the Court finds the Agreement (Doc. 29, pp. 11–18) is a fair and reasonable compromise of Plaintiff's FLSA claims and dismisses the claims with prejudice.

    b. In all other respects, the Motion is **DENIED.**

3. The Agreement (Doc. 29, pp. 11–18) is **APPROVED**.

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 20, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record